**814**     Cases Reported with Brief Syllabi.

E. Dutilh Smith, Appellant, v. Fifth Avenue Auction Rooms, Inc., Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Peter Bederman and Another, Doing Business as B. & M. Leather Goods, Appellants, v. Jacob Singer, Respondent, Impleaded with Another, Defendant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Leila O. Henriques, Appellant, v. Clara A. March and Others, Respondents, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

The People of the State of New York, Respondent, v. John Russo, Alias Massimino Pissinello, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Peter Messina, an Infant, by Guiseppe Messina, His Guardian ad Litem, Appellant, v. American Railway Express Co., Inc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Guiseppe Messina, Appellant, v. American Railway Express Co., Inc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Elizabeth McColgan, Appellant, v. Harry Dodds, Respondent.— Motion granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Alfred Erskine, Respondent, v. Nemours Trading Corporation, Appellant.— Motion granted; question certified. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Marshall Robie, Respondent, v. Fred F. French Company, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

John H. Maroney, Respondent, v. Ida H. Fisher, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Concetta Pisaturo, as Administratrix, etc., Appellant, v. City of New York, Respondent.— Preference granted for June 3, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Percy Foreman, Respondent, v. Florence B. Biggs, Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The People of the State of New York ex rel. Sylvester A. Hamill, Respondent, v. Barnet S. Milman, Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The People of the State of New York, Respondent, v. William H. Anderson, Appellant.— Preference granted for May 27, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of City of New York (Franklin Avenue).— Preference granted for June 3, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Louise W. Miller, Respondent, v. Fred E. Mommer and Others, Appellants, Impleaded with Edward E. Black and Others, Respondents.— Motion granted